IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01859-REB-MEH

WILLIAM R. CARMICHAEL,

    Applicant,

v.

RON WAGER, and
COLORADO ATTORNEY GENERAL,

    Respondents.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 5, 2010.**

    Pending before the Court is Petitioner's "Request to Add a Respondent and to Delete a Respondent" [filed March 1, 2010; docket #31]. This request is unopposed by Respondents, as Petitioner has been transferred from the Fremont Correctional Facility where he was incarcerated at the time he filed his pending Application. (Docket #35.) Accordingly, and pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts, Petitioner's request is **granted**, and Aristedes Zavaras is hereby substituted for Ron Wager as a Respondent in this matter. The Clerk of Court is directed to remove Ron Wager from the docket and to add Aristedes Zavaras as a Respondent.